FILED
2004 MAY -5 A 11: 29
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MICHAEL F. SHOWAH** : | **CIV. NO. 3:02CV329(RNC)(DFM)** |
| **Plaintiff** : | |
| v. : | |
| **CITY OF BRIDGEPORT, ET AL** : | |
| **Defendants** : | **APRIL 30, 2004** |

### MOTION FOR EXTENSION OF TIME FOR SCHEDULING ORDER

The defendants, City of Bridgeport, et al, respectfully request that the court permit an extension of time for the Scheduling Order to permit a submission of a Motion for Summary Judgment as to the City of Bridgeport and thereafter, the Trial Memorandum.

In support of this motion, the defendant states:

1. Counsel for the defendant began to prepare a summary judgment as to the claims against the City of Bridgeport. Counsel was unable to complete the Memorandum of Law and 56(a) statement because of some personal commitments during the months of January and February, and then trials and deposition

commitments at the present time. Counsel has just completed two trials and is picking a jury at the present time in the Bridgeport Superior Court.

2. Counsel for the defendants request that the court grant them an extension of time until May 18, 2004, to complete the Motion for Summary Judgment, and thirty (30) days after the decision for submission of the Joint Trial Memorandum.

3. Counsel for the plaintiff and co-defendant have been contacted and have no objection to the an extension of time.

4. This is the first request for an extension of time for the scheduling order by the defendant.

THE DEFENDANT
CITY OF BRIDGEPORT

BY: *Barbara B. Massaro*
Barbara Brazzel-Massaro
Assistant City Attorney
**OFFICE OF THE CITY ATTORNEY**
999 Broad Street – 2nd Floor
Bridgeport, CT 06604
Telephone: 203-576-7647
Fed. Bar No. 05746

## CERTIFICATION

This is to certify that a copy of the foregoing Motion for Extension of Time for Scheduling Order was mailed, postage prepaid, on this 30th day of April, 2004.

Norman A. Patti, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

Raymond B. Rubens, Esq.
Rubens & Lazinger
295 Congress Street
Bridgeport, CT  06604

                                                                          _____
                                                                          **Barbara Brazzel-Massaro**
                                                                          Commissioner of the Superior Court

H:Miscell.BBM.Ext.Time.Sched.Order.Showah