UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL F. SHOWAH | : CIV. NO. 3:02CV329(RNC)(DFM) |
| Plaintiff | : |
| v. | : |
| CITY OF BRIDGEPORT, ET AL | : |
| Defendants | : APRIL 30, 2004 |

## MOTION FOR EXTENSION OF TIME FOR SCHEDULING ORDER

The defendants, City of Bridgeport, et al, respectfully request that the court permit an extension of time for the Scheduling Order to permit a submission of a Motion for Summary Judgment as to the City of Bridgeport and thereafter, the Trial Memorandum.

In support of this motion, the defendant states:

1. Counsel for the defendant began to prepare a summary judgment as to the claims against the City of Bridgeport. Counsel was unable to complete the Memorandum of Law and 56(a) statement because of some personal commitments during the months of January and February, and then trials and deposition