

FILED

2004 MAY 18  P 5: 14

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **MICHAEL SHOWAH** | : | |
| Plaintiff, | : | CIV. NO. 3:02CV329 (RNC)(DMF) |
| vs. | : | |
| **CITY OF BRIDGEPORT, ET AL** | : | |
| Defendants | : | MAY 18, 2004 |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 9(c), the Defendants, Planning & Zoning Commission of the City of Bridgeport, William Shaw, and the City of Bridgeport, move for summary judgment to enter in their favor on the Amended Complaint.

The Plaintiff contends that the Defendants have violated his constitutional rights because the Planning & Zoning Commission and William Shaw treated him differently than others similarly situated and the he was denied due process of law because the Defendants would not give a change of zone.

The Plaintiff has failed to provide any evidence that he was treated differently than others similarly situated. The Plaintiff has not demonstrated a federally protected property interest. Additionally, the Plaintiff has failed to satisfy his

BMF04084                    1

administrative remedies and is requesting that this Court define state law issues. Lastly, the Plaintiff has no evidence or testimony that supports a constitutional claim against the individual Defendants, William Shaw, Dorothy Guman, Barbara Freddino, Thomas Gill and Joanne Collins.

THE DEFENDANTS

By: *[signature]*
Barbara Brazzel-Massaro
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT  06604
Telephone #203/576-7647
Fed. Bar No. 05746

## CERTIFICATION

This is to certify that a copy of the foregoing "Motion for Summary Judgment" has been mailed, postage prepaid, on this 18th day of May, 2004, to:

Norman A. Pattis, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

Raymond B. Rubens, Esq.
Rubens & Lazinger
295 Congress Street
Bridgeport, CT  06604

_____
Barbara Brazzel-Massaro
Commissioner of the Superior Court

FILED

2004 MAY 18 P 5: 14

DISTRICT COURT

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL SHOWAH | : | |
| Plaintiff, | : | CIV. NO. 3:02CV329 (RNC)(DMF) |
| vs. | : | |
| CITY OF BRIDGEPORT, ET AL | : | |
| Defendants | : | MAY 18, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that the Defendants have manually filed the following documents:

"Motion for Summary Judgment"
"Memorandum in Support of Motion for Summary Judgment"
"56(a) Statement"

☒ This document has not been filed electronically because:
   the documents cannot be converted to an electronic format
☐ the electronic file size of the document exceeds 1.5 megabytes
☐ the document is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
☐ Defendant is excused from filing this document by Court order

The document has been manually served on all parties.

THE DEFENDANTS

By: 
Barbara Brazzel-Massaro
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT 06604
Tel: #203/576-7647/Fed. Bar #05746

## CERTIFICATION

This is to certify that a copy of the foregoing "Motion for Summary Judgment" has been mailed, postage prepaid, on this 18th day of May, 2004, to:

Norman A. Pattis, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

Raymond B. Rubens, Esq.
Rubens & Lazinger
295 Congress Street
Bridgeport, CT  06604

_____
Barbara Brazzel-Massaro
Commissioner of the Superior Court