UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL F. SHOWAH | : | |
| VS. | : | NO. 3:02CV329 (RNC)(DFM) |
| | : | |
| CITY OF BRIDGEPORT, ET AL. | : | JUNE 14, 2004 |

## **APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for the plaintiff in addition to other counsel appearing on his behalf.

DATED: June 14, 2004

                THE PLAINTIFF

        BY:_____
            KATRENA ENGSTROM
            Federal Bar No. ct09444
            51 Elm Street
            New Haven, CT 06510
            203/562-9931
            FAX:  203/776-9494
            E-Mail: kengstrom@johnrwilliams.com
            His Attorney

CERTIFICATION

This is to certify that a copy of the foregoing was mailed, first class mail, postage prepaid, on June 14, 2004, to the following counsel of record:

Attorney Barbara Brazzel-Massaro
Office of the City Attorney
999 Broad Street, 2nd Floor
Bridgeport, CT 06604

Attorney Raymond B. Rubens
295 Congress Street
Bridgeport, CT 06601-1555

_____
KATRENA ENGSTROM