UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL F. SHOWAH | : | |
| VS. | : | NO. 3:02CV329 (RNC)(DFM) |
| | : | |
| CITY OF BRIDGEPORT, ET AL. | : | JUNE 14, 2004 |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
NUNC PRO TUNC**

The plaintiff, MICHAEL SHOWAH , respectfully moves this Court to grant him an extension of time of fourteen (14) days, up to and including Monday, June 28, to file a response to defendants' Motion for Summary Judgment.

In support of this motion, plaintiff represents as follows:

1. Plaintiff's counsel filed a Motion for Extension of Time on June 7, 2004, but inadvertently neglected to file an Appearance with the Court at that time.

2. Plaintiff has recently concluded a trial in federal court, which required two (2) weeks of planning and coordinating witnesses.

3. This is the first request for an extension of time requested by the plaintiff.

4. Plaintiff has consulted with the attorney who filed the motion; she stated that she has no objection to the requested extension of time.

THE PLAINTIFF

BY:_____
KATRENA ENGSTROM
Federal Bar No. ct09444
51 Elm Street
New Haven, CT 06510
203/562-9931
FAX: 203/776-9494
E-Mail: kengstrom@johnrwilliams.com
His Attorney

CERTIFICATION

This is to certify that a copy of the foregoing was mailed, first class mail, postage prepaid, on June 14, 2004, to the following counsel of record:

Attorney Barbara Brazzel-Massaro
Office of the City Attorney
999 Broad Street, 2nd Floor
Bridgeport, CT 06604

Attorney Raymond B. Rubens
295 Congress Street
Bridgeport, CT 06601-1555

_____
KATRENA ENGSTROM