

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL F. SHOWAH | : |
| VS. | :  NO. 3:02CV329 (RNC)(DFM) |
| CITY OF BRIDGEPORT, ET AL. | :  JUNE 7, 2004 |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME
### TO RESPOND TO
### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The plaintiff, MICHAEL SHOWAH , respectfully moves this Court to grant him an extension of time of twenty (20) days, up to and including Monday, June 28, to file a response to defendants' Motion for Summary Judgment.

In support of this motion, plaintiff represents as follows:

1. Plaintiff has recently concluded a trial in federal court, which required two (2) weeks of planning and coordinating witnesses.

2. This is the first request for an extension of time requested by the plaintiff.

3. Plaintiff has consulted with the attorney who filed the motion; she stated that she has no objection to the requested extension of time.

THE PLAINTIFF

BY: _____
KATRENA ENGSTROM
Federal Bar No. ct09444
51 Elm Street
New Haven, CT 06510
203/562-9931
FAX: 203/776-9494
E-Mail: kengstrom@johnrwilliams.com
His Attorney

CERTIFICATION

This is to certify that a copy of the foregoing was mailed, first class mail, postage prepaid, on June 7, 2004, to the following counsel of record:

Attorney Barbara Brazzel-Massaro
Office of the City Attorney
999 Broad Street, 2nd Floor
Bridgeport, CT 06604

Attorney Raymond B. Rubens
295 Congress Street
Bridgeport, CT 06601-1555

_____
KATRENA ENGSTROM