FILED
2004 JUN 14 P 2: 35
U.S. DISTRICT COURT
HARTFORD, CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MICHAEL F. SHOWAH  :
 :
VS.  : NO. 3:02CV329 (RNC)(DFM)
 :
CITY OF BRIDGEPORT, ET AL.  : JUNE 7, 2004

FILED 2004 JUN 15 P 1:43 U.S. DISTRICT COURT HARTFORD, CT

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME
TO RESPOND TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

The plaintiff, MICHAEL SHOWAH, respectfully moves this Court to grant him an extension of time of twenty (20) days, up to and including Monday, June 28, to file a response to defendants' Motion for Summary Judgment.

In support of this motion, plaintiff represents as follows:

1. Plaintiff has recently concluded a trial in federal court, which required two (2) weeks of planning and coordinating witnesses.

2. This is the first request for an extension of time requested by the plaintiff.

3. Plaintiff has consulted with the attorney who filed the motion; she stated that she has no objection to the requested extension of time.

June 15, 2004. Denied as moot. So ordered.
Robert N. Chatigny, U.S.D.J.