UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL F. SHOWAH | : | |
| VS. | : | NO. 3:02CV329 (RNC)(DFM) |
| CITY OF BRIDGEPORT, ET AL. | : | JUNE 14, 2004 |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
NUNC PRO TUNC**

The plaintiff, MICHAEL SHOWAH, respectfully moves this Court to grant him an extension of time of fourteen (14) days, up to and including Monday, June 28, to file a response to defendants' Motion for Summary Judgment.

In support of this motion, plaintiff represents as follows:

1. Plaintiff's counsel filed a Motion for Extension of Time on June 7, 2004, but inadvertently neglected to file an Appearance with the Court at that time.

2. Plaintiff has recently concluded a trial in federal court, which required two (2) weeks of planning and coordinating witnesses.

3. This is the first request for an extension of time requested by the plaintiff.

*[Handwritten margin note:]* June 15, 2004. Granted. Counsel are reminded that motions to extend time must be filed five days prior to the deadline in question. So ordered. *Chatigny, U.S.D.J.*

*[Stamp:]* FILED 2004 JUN 15 P 1:03 U.S. DISTRICT COURT HARTFORD, CT