UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MICHAEL SHOWAH                          :
                                        :
          v.                            :   CASE NO. 3:02CV329(RNC)
                                        :
CITY OF BRIDGEPORT, ET AL               :

JUDGMENT

This action having come on for consideration of the defendants' motion for summary judgment, before the Honorable Robert N. Chatigny, United States District Judge and,

The court having considered the full record of the case including applicable principles of law, and having issued a ruling and order granting the aforesaid motion, it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants, and the plaintiff's complaint is dismissed with prejudice.

Dated at Hartford, Connecticut, this 6th day of October, 2005.

KEVIN F. ROWE, Clerk


By _____/s/_____
        Jo-Ann Walker
        Deputy Clerk


EOD _____